Raul RAMOS, Jr., Petitioner–Appellant,

v.

Michael EVANS, Warden, Respondent–Appellee.

No. 10–55758.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2012.

Filed Nov. 28, 2012.

Randy Stuart Kravis, Law Office of Randy S. Kravis, Studio City, CA, for Petitioner–Appellant.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

David A. Voet, Deputy Attorney General, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and SINGLETON, Senior District Judge.*

## MEMORANDUM **

Petitioner Raul Ramos appeals the district court's denial of his petition for habeas corpus, brought pursuant to 28 U.S.C. § 2254. He argues that the state court unreasonably applied the Supreme Court's decision in *Jackson v. Virginia*, 443 U.S. 307, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979), in concluding that there was sufficient evidence to find that his prior offense constituted a strike under the California Three Strikes Law. We disagree. Under AEDPA, we apply the standards of *Jackson* with an additional layer of deference. *See Juan H. v. Allen*, 408 F.3d 1262, 1274 (9th Cir.2005). Under that deferential standard, a rational trier of fact could have found that Ramos's prior conviction constituted a strike.

Ramos did not raise his claim under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) in his federal habeas petition, and thus, the claim is barred under AEDPA's one-year statute of limitations. *See* 28 U.S.C. § 2244(d)(1)(A).

**AFFIRMED.**

---

* The Honorable James K. Singleton, Senior District Judge for the U.S. District Court for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.